IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH SCOTT SMITH                                                                              PLAINTIFF

v.                                       3:14CV000221-DPM-JTK

DALE COOK, et al.                                                                               DEFENDANTS

**ORDER**

Plaintiff has submitted an Amended Complaint (Doc. No. 4) pursuant to the Court's September 26, 2014 Order (Doc. No. 3). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's allegations of excessive force against Defendants Bailey, Melvin and Cummings. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Octavious Bailey, Officer Melvin, and Alonzo Cummings. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 4) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 10th day of October, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).