IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH SCOTT SMITH                                          PLAINTIFF

v.                    No. 3:14-cv-221-DPM-JTK

DALE COOK, Sheriff, Mississippi County Jail;
ANDREW HARRIS, Major, Mississippi County Jail;
BRICE HICKS, Captain, Mississippi County Jail;
LUTHER WHITFLEID, Lieutenant, Mississippi
County Jail; OCTAVIOUS BAILEY, Jailer,
Mississippi County Jail; MELVIN, Officer,
Mississippi County Jail; and ALONZO CUMMINGS,
Officer, Mississippi County Jail                          DEFENDANTS

ORDER

Unopposed recommendation, № 5, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Cook, Harris, Hicks, and Whitfleid are dismissed as defendants. Smith's harassment, racial discrimination, and failure-to-respond-to-grievances claims are dismissed for failure to state a claim upon which relief may be granted.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 November 2014