IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH SCOTT SMITH                          PLAINTIFF

v.                No. 3:14-cv-221-DPM-JTK

OCTAVIOUS BAILEY, Jailer,
Mississippi County Jail; MELVIN, Officer,
Mississippi County Jail; and ALONZO CUMMINGS,
Officer, Mississippi County Jail                DEFENDANTS

### ORDER

Unopposed recommendation, № 21, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

27 January 2015