IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOSEPH SCOTT SMITH                                                    PLAINTIFF

v.                              No. 3:14-cv-221-DPM

DALE COOK, Sheriff, Mississippi County Jail;
ANDREW HARRIS, Major, Mississippi County Jail;
BRICE HICKS, Captain, Mississippi County Jail;
LUTHER WHITFLEID, Lieutenant, Mississippi
County Jail; OCTAVIOUS BAILEY, Jailer,
Mississippi County Jail; MELVIN, Officer,
Mississippi County Jail; and ALONZO CUMMINGS,
Officer, Mississippi County Jail                                      DEFENDANTS

JUDGMENT

Smith's complaint is dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 January 2015